UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA IRINIA S., <br><br>                              Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>                              Defendant. | Case No.: 3:23-cv-01846-AHG <br><br> **ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT** <br><br> **[ECF No. 7]** |

    Before the Court is Plaintiff Liliana Irinia S. ("Plaintiff") and Defendant Kilolo Kijakazi's ("Defendant" or "Commissioner") Joint Motion for Voluntary Remand Pursuant to Sentence Four, 42 U.S.C. § 405(g) and to Entry of Judgment. ECF No. 7. Good cause appearing, the Court **GRANTS** the motion.

    **IT IS HEREBY ORDERED** that the above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, the agency will vacate the Administrative Law Judge's ("ALJ") decision, develop the record as needed, and issue a new decision.

    The Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    **IT IS SO ORDERED.**

Dated:  November 30, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge