

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Liliana Irinia Suciu

                              **Plaintiff,**

                              V.

Kilolo Kijakazi,
   Acting Commissioner of Social Security

                              **Defendant.**

Civil Action No.   23-cv-01846-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The above-captioned case is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g). Upon remand, the agency will vacate the Administrative Law Judge's ("ALJ") decision, develop the record as needed, and issue a new decision The final judgment is in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. Case is closed.

Date:   12/1/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo

                                                                     L. Sotelo, Deputy